**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                                       CASE NO:   06-30262

MARGARET B BROWN

SSN# :   XXX-XX-6441

**NOTICE TO CLAIMANT**

| Trustee Claim # | Clerk Claim # | Creditor Name and Address | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 22 | | EQUITY ONE RECOVERY UNIT 4TH FLOOR 301 LIPPINCOTT DR MARLTON, NJ  08053 | 3804 | $2,807.69 | $2,807.69 | U-Unsecured |

Re:  Return of Documents Relating to Purported Change of Claimant Name/Mailing Address

Notice is hereby given that the undersigned trustee has received documentation purporting to change the name and/or mailing address of the above-referenced claimant.

Pursuant to Local Bankruptcy Rule 2002-1(b), any claimant attempting to change its current name or mailing address for the receipt of notices or trustee payments must formally file either an amended proof of claim or Local Bankruptcy Form 12 with the Court, setting out the changes therein. For further information, please refer to the Bankruptcy Court's website home page at www.ncwb.uscourts.gov/.

Any future attempts by the sender to file such documents with the trustee rather than the Bankruptcy Court will result in their disposal without further notice or processing.

DATED:   January 27, 2011                                               **CORRESPONDENCE ADDRESS:**

Warren L. Tadlock                                                              Warren L. Tadlock
Chapter 13 Trustee                                                            Standing Chapter 13 Trustee
                                                                                           4600 Park Rd Ste 101
                                                                                           Charlotte, NC  28209-0201
                                                                                           (704)372-9650

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on January 27, 2011.

                                                                                           R.Blake
                                                                                           Office of the Chapter 13 Trustee

EQUITY ONE, RECOVERY UNIT 4TH FLOOR, 301 LIPPINCOTT DR, MARLTON, NJ  08053
MARGARET B BROWN, 201 BRENTWOOD CIRCLE, GASTONIA, NC  28052
EQUITY ONE INC, 9600 BRYN MAWR AVE STE 100, DES PLAINES, IL 60018